JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Betty Grissom, )<br>)<br>         Plaintiff, )<br>)<br>   v. )<br>)<br>Smith & Nephew, Inc., et al., )<br>)<br>         Defendant(s). )<br>)<br>_____ ) | SACV 12-00839 JVS (ANx)<br><br>ORDER OF DISMISSAL UPON<br>SETTLEMENT OF CASE |

   The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

   IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED:   July 16, 2013

_____
James V. Selna
United States District Judge